UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| KIMBERLY WESTERNESS,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant | Civil No.  3:09-cv-5728-RJB-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |
|---|---|

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including May 17, 2010, to file Defendant's responsive brief;

- Plaintiff shall have up to and including June 1, 2010, to file an optional reply brief; and

- Oral argument, if desired, shall be requested by June 8, 2010.

DATED this 21st day of April 2010.

J. Richard Creatura
United States Magistrate Judge

Page 1      ORDER - [3:09-cv-5728-RJB-JRC]