UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KIMBERLY WESTERNESS,

             Plaintiff,

           v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

             Defendant.

CASE NO.  C09-5728RJB

ORDER

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of

Judge J. Richard Creatura, United States Magistrate Judge, and objections to the report and

recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)     The Court adopts the Report and Recommendation;

    (2)     The matter is therefore REMANDED to the administration for further

consideration; and

    (3)     The Clerk is directed to send copies of this Order to counsel of record.

DATED this 12th day of October, 2010.

ROBERT J. BRYAN
United States District Judge

ORDER - 1