# United States District Court
WESTERN DISTRICT OF WASHINGTON

KIMBERLY WESTERNESS

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5728RJB

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

The matter is therefore REMANDED to the administration for further consideration.

October 14, 2010      BRUCE RIFKIN
Date      Clerk

     *s/CM Gonzalez*
     Deputy Clerk